■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY DURHAM, Appellant. [635 NYS2d 511] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered June 6, 1994, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We find no merit to the defendant's claim that his right to counsel was violated. Balletta, J. P., Rosenblatt, Pizzuto, Joy and Altman, JJ., concur.